IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOUGLAS WADE BRAITHWAITE,           :

    Petitioner,                     :
                                        CIVIL ACTION 12-0748-WS-M
v.                                  :
                                CRIMINAL ACTION 10-00114-WS-M
UNITED STATES OF AMERICA,           :

    Respondent.                     :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor Respondent, the United States of America, and against Petitioner Douglas Wade Braithwaite.

DONE this 6th day of September, 2013.

                                                        s/WILLIAM H. STEELE
                                                        CHIEF UNITED STATES DISTRICT JUDGE